SCOTT H. CHRISTENSEN, admitted *pro hac vice*
HUGHES HUBBARD & REED LLP
1775 I Street, N.W.
Washington, D.C. 20006-2401
Telephone: (202) 721-4600
Facsimile: (202) 721-4646
Email: christen@hugheshubbard.com

RITA M. HAEUSLER, State Bar No. 110574
ALEX E. SPJUTE, State Bar No. 229796
HUGHES HUBBARD & REED LLP
350 South Grand Avenue, 36th Floor
Los Angeles, California 90071-3442
Telephone: (213) 613-2800
Facsimile: (213) 613-2950
Email: haeusler@hugheshubbard.com

Attorneys for Defendant Federal
Deposit Insurance Corporation

FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 29 2009
CENTRAL DISTRICT OF CALIFORNIA
BY          DEP

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD S. BECKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>　　　　Defendant. | Case No. 08-CV-6041 MMM (JWJx)<br><br>[Assigned to Hon. Margaret M. Morrow]<br><br>**STIPULATION OF DISMISSAL**<br><br>Complaint Filed: September 16, 2008 |

　　　　Pursuant to Rule 41(a)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed that the above-entitled action be dismissed with prejudice, with each party to bear their own costs.

Dated: April 21, 2009　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　Richard S. Becker

Dated: April 21, 2009　　　　　　　HUGHES HUBBARD & REED LLP

　　　　　　　　　　　　　　　　　　By: _____
IT IS SO ORDERED　　　　　　　　　　Scott H. Christensen
Dated 04.27.09　　　　　　　　　　　Attorneys for Defendant Federal
                                  Deposit Insurance Corporation
_____
United States District Judge

STIPULATION OF DISMISSAL

60637594_1